UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUE HERNANDEZ, ALEJANDRO JIMENEZ, PEDRO ALVARADO, MOHAMED ABDUL QADIR, ISMAEL MARTINEZ, HECTOR AGUILAR, JAVIER SOSA-MULATO, JUAN TENORIO, NATASHA WILLIAMS, JOSE ANTONIO BAUTISTA, VICENTE HERNANDEZ, MINU AKTER, MOHAMMED KARIM MUNNA, JOSEPH RAMIREZ, DONALD P. WHITE, HECTOR GOMEZ, JOANA MARIE S. ORDONA, JOSEPH A. NOELFILS, NFN DASRAT, SHAHANA HUQ, CHANDRAWATTY SINGH, JAIME P. ORDONA, JOSEPHINE ABRUZZESE, BALRAM BUDHRAM, OLUMACHUKWU AGWA, PARITOSH SAHA, MARIAMA BALDE, SHAMSUN N. CHOWDHURY, FELIX QUINONES, BABETTE EVANGELISTA, TONI CHARLTON, PEDRO H. CRUZ PEREZ, MONA RANA, FRANKLIN LAINES, ZAKIR TALUKDER, SHYAMAL BARAN DAS, MARLENY ORTIZ, HAMERTON MATHIEU, ISSA DIBA, FARIDA YEASMIN, ADAMA KAMATE, RAHIMA KHANAM, DALIA RAHMAN, DIAMON ARMSTRONG, CHANDRA CORRAYA, ESTELA GARCIA, JOLLY CHOWDHURY, JOSEPH WRIGHT, DIEGO RESTREPO G., LUIS PARRAGA, MD T. ALI, SILVIO DIAZ, MOHAMMAD BHUIYAN, HARVY GONZALEZ, EDGAR BENITO PERALTA, BARRY GREENBERG, FRANCES MAJOR, CHOTI SHERPA, SONY SHERPA, SHERLEY LOUIS-JEAN, LUCKNER LOUIS, TARRELL JORDAN, RABAYA AHMED, NUR U MOZNU, FRANCISCO DANIEL FLORES, CONSTANTINO FERNANDEZ HERNANDEZ, and VALERIANO FERNANDO SALVADOR,

                                Plaintiffs,

-v-

ANJOST CORP., STUART D. ZARO, and JOSEPH ZARO,

                                Defendants.

11 Civ. 1531 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    The deadline to file a motion for preliminary approval of the class settlement is now **July 31, 2013**.

SO ORDERED.

    Dated: June 13, 2013
            New York, New York

                                            ANALISA TORRES
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/13