**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Michael J. Scimone
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**LEE LITIGATION GROUP, PLLC**
C.K. Lee
30 East 39th Street, 2nd Floor
New York, NY 10016
(212) 465-1188

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

FRANCISCO "DANIEL" FLORES,
CONSTANTINO "FERNANDEZ" HERNANDEZ,
ENRIQUE HERNANDEZ, VALERIANO
"FERNANDO" SALVADOR, and ALEJANDRO
JIMENEZ, on behalf of themselves and others
similarly situated,

                Plaintiffs,

     v.

ANJOST CORP. d/b/a ZARO'S BAKERY,
STUART D. ZARO, and JOSEPH ZARO,

                Defendants.

No. 11 Civ. 1531

## NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for

Preliminary Approval of the Class Action Settlement, Conditional Certification of the Settlement

Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs'

Proposed Notice of Settlement ("Motion for Preliminary Approval"), the Declaration of Justin

M. Swartz in Support of Plaintiffs' Motion for Preliminary Approval ("Swartz Declaration"), and

the Declaration of C.K. Lee in Support of Plaintiffs' Motion for Preliminary Approval ("Lee

Declaration"), Plaintiffs respectfully request that the Court enter an Order:

(1)      granting preliminary approval of the Joint Stipulation of Settlement and Release

("Settlement Agreement"), Decl. of Justin M. Swartz ("Swartz Decl.") Ex. A;

(2)      certifying the proposed class for settlement purposes;

(3)      appointing Outten & Golden LLP ("O&G") and Lee Litigation Group, PLLC

("Lee Litigation Group") (collectively, "Plaintiffs' Counsel") as Class Counsel;

(4)      approving the proposed Notice of Class Action Settlement, Swartz Decl. Ex. B;

and

(5)      granting such other, further, or different relief as the Court deems just and proper.

*        *        *

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as

**Exhibit A**, for the Court's convenience.

Dated: July 31, 2013
        New York, New York


                                        Respectfully submitted,

                        By:      /s/ Justin M. Swartz
                                Justin M. Swartz


                        **Outten & Golden LLP**
                        Justin M. Swartz
                        Michael J. Scimone
                        3 Park Avenue, 29th Floor
                        New York, New York 10016
                        Telephone:  212-245-1000

                        **Lee Litigation Group, PLLC**
                        C.K. Lee
                        30 East 39th Street, 2nd Floor
                        New York, NY 10016
                        (212) 465-1188

                        ***Attorneys for Plaintiffs and the Classes***