**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Michael J. Scimone
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**LEE LITIGATION GROUP, PLLC**
C.K. Lee
30 East 39th Street, 2nd Floor
New York, NY 10016
(212) 465-1188

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

FRANCISCO "DANIEL" FLORES,
CONSTANTINO "FERNANDEZ" HERNANDEZ,
ENRIQUE HERNANDEZ, VALERIANO
"FERNANDO" SALVADOR, and ALEJANDRO
JIMENEZ, on behalf of themselves and others
similarly situated,

No. 11 Civ. 1531

Plaintiffs,

v.

ANJOST CORP. d/b/a ZARO'S BAKERY,
STUART D. ZARO, and JOSEPH ZARO,

Defendants.

## NOTICE OF PLAINTIFFS' MOTION FOR
## APPROVAL OF ATTORNEYS' FEES

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for

Approval of Attorneys' Fees, in the Declaration of Justin M. Swartz in Support of Plaintiffs'

Motion for Approval of Attorneys' Fees and Motion for Approval of Class Representative

Service Awards ("Swartz Decl."), in the Declaration of C.K. Lee in Support of Plaintiffs' Motion

for Approval of Attorneys' Fees and Motion for Approval of Class Representative Service

Awards ("Lee Decl."), and the supporting exhibits attached thereto, Plaintiffs respectfully

request that the Court enter an Order:

(1)   awarding Class Counsel attorneys' fees of one third of the Settlement Fund ($350,000);

(3)   granting such other, further, or different relief as the Court deems just and proper.

Dated:  December 20, 2013
        New York, New York

Respectfully submitted,

By:   /s/ Justin M. Swartz
      Justin M. Swartz

**Outten & Golden LLP**
Justin M. Swartz
Michael J. Scimone
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000

**Lee Litigation Group, PLLC**
C.K. Lee
30 East 39th Street, 2nd Floor
New York, NY 10016
(212) 465-1188

*Attorneys for Plaintiffs and the Classes*